September 27, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

LYNDON MAYBERRY, Appellant

NO. 14-16-00523-CV                                   V.

KINDER MORGAN CRUDE & CONDENSTATE, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 13, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Lyndon Mayberry.

We further order this decision certified below for observance.